1024

[No. 62098-3-I. Division One. May 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE LEE RAINEY, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 08-1-00069-0, Vickie I. Churchill, J., entered July 10, 2008. *Remanded* by unpublished per curiam opinion.

[No. 62338-9-I. Division One. May 26, 2009.]

STACIA ALLEN, *Appellant*, v. GLOBAL ADVISORY GROUP, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-08556-2, Gerald L. Knight, J., entered August 27, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Grosse, J.

[No. 63451-8-I. Division One. May 26, 2009.]

*In the Matter of the Detention of* KEVIN LINKER.

KEVIN LINKER, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-18158-6, Julie A. Spector, J., entered May 7, 2009. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 27323-7-III. Division Three. May 26, 2009.]

JOHN HOPKINS, *Appellant*, v. BILL HEPLER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 06-2-00944-5, Robert L. Zagelow, J., entered July 3, 2008. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Korsmo, J.